UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| REAL CHANGE, a Washington non-profit corporation; SHARE, a Washington non-profit corporation; WHEEL, an unincorporated association; NICKELSVILLE, an unincorporated association; TIM HARRIS, an individual; JARVIS CAPUCION, an individual; and TRACEY DEGARMO, an individual;<br><br>　　Plaintiffs,<br><br>　　　　v.<br><br>THE CITY OF SEATTLE and SEATTLE PARKS AND RECREATION, a Washington Municipal corporation; CHRISTOPHER WILLIAMS, in his individual and official capacity; and, JEFF HODGES, in his individual and official capacity;<br><br>　　Defendants. | No.<br><br>DECLARATION OF TIMOTHY HARRIS |

Timothy Harris, under penalty of perjury, declares as follows:

1. I over the age of 18 and am a plaintiff in this matter. I am the Founding Director of Real Change. Real Change "provides opportunity and a voice to low-income people while

Page 1

LAW OFFICE OF BRADEN PENCE PLLC
1102 EIGHTH AVE., #714
SEATTLE, WA 98101
PHONE: (206) 551-1516

taking action for economic justice." Real Change publishes a weekly newspaper sold by an average of 350 low-income people each month, and has vendor services and organizing programs to help carry out our mission.

2. In conjunction with other organizations, Real Change is participating this spring in an effort we have called Occupy the Committee to End Homelessness in King County ("Occupy CEHKC"). Occupy CEHKC seeks to influence the body of policymakers that is CEHKC to attend to the expressed survival needs of homeless people and to broaden their scope of concern from human services delivery to economic justice.

3. On April 25, 2012, the Committee to End Homelessness in King County will meet for their quarterly Governing Board meeting at the Bertha Landes Room of City Hall. Occupy CEHKC will attend that meeting with a large number of homeless people and their supporters. We have been given ten minutes on the agenda of that meeting to express our concerns.

4. Leading up to that meeting, beginning at noon on April 24, 2012, to communicate the urgency of the need to prioritize emergency services, and to demonstrate the reality that, despite years of planning and policy discussions, thousands of people remain without a place to sleep other than the streets and parks of Seattle and King County, Occupy CEHKC plans to begin a continuous political assembly in Westlake Park, in the heart of downtown Seattle. The assembly is planned to continue overnight and to conclude by noon on April 25, 2012, after participants attend the CEHKC meeting.

5. In order to communicate as clearly as possible our message, the Occupy CEHKC assembly at Westlake Park will involve signs, speeches, and tents in an encampment symbolizing the need for additional immediate shelter and housing options. Some,

DECLARATION OF TIMOTHY HARRIS

Page 2

LAW OFFICE OF BRADEN PENCE PLLC
1102 EIGHTH AVE., #714
SEATTLE, WA 98101
PHONE: (206) 551-1516

though not all, of the individuals who will remain with those tents are homeless and on that night will lack any alternative but sleeping in the open somewhere in Seattle.

6. Maintaining an overnight presence in Westlake Park with tents as a symbolic encampment of homeless people is a core element of the political speech activities in which we plan to engage on April 24-25, 2012. It is intended to communicate to passers-by, to the wider public through media coverage, and to the CEHKC, that many remain in need of emergency assistance despite years of high-level policy engagement with the issue of mass homelessness, and to demand immediate action to address those needs.

7. This demonstration and encampment are conceived to be in the tradition of other encampments of very poor people demanding immediate action to address their material needs. For example, for the past three and a half years, "Nickelsville" in Seattle has been a continuous presence on public and church-owned property. Nickelsville, launched by some of the organizations and individuals who are involved in Occupy CEHKC, was a continuous encampment designed initially to communicate that the City of Seattle should cease a policy of "sweeping" homeless encampments and instead work to address the emergency and longer-term needs of those who are homeless in the city. Nickelsville itself harkened back intentionally to "Hoovervilles," encampments of very poor and unemployed people during the Great Depression which demonstrated the urgent need for government relief on a massive scale.

8. We have conceived the communication strategy of a 24 hour encampment in the tradition of encampments being used to communicate dramatically and literally the needs and demands of impoverished and dispossessed people. We are aware that, throughout the United States and internationally, continuous encampments have long been a well-

DECLARATION OF TIMOTHY HARRIS

Page 3

LAW OFFICE OF BRADEN PENCE PLLC
1102 EIGHTH AVE., #714
SEATTLE, WA 98101
PHONE: (206) 551-1516

established way to demonstrate both the immediate needs of those participating, and their commitment to maintain a sustained level of organizing activity until those needs are met. For example:

9. Beginning in June 2011, citizens of Wisconsin erected and continuously maintained tents as part of their ongoing protests against Gov. Scott Walker's budget bill.

10. Boston Massachusetts, April 1968, saw hundreds of protestors occupy a parking lot in order to protest the Boston Redevelopment Authority's (BRA) displacement of home owners and occupants. The protestors erected tents and shacks in the parking lot where between 100 and 400 men stayed continuously for four days.

11. In May 1932 around 15,000 WWI veterans marched to Washington D.C., demanding immediate payment of their "bonus." The bonus, $1.25 per day served overseas and $1.00 per day served stateside, had been provided for by Congress in 1924, but was not actually paid out until 1945. The veterans, their wives and children pitched tents and improvised shelters in public spaces all over the city and said they were staying until the bonus was paid.

12. The Teachers Movement in Mexico also famously used encampments or plantóns to communicate a political message. In May 1980, twenty thousand teachers marched and pitched tents in front of the Ministry of Education's headquarters and the public was affected so well by this tactic that plantón became a communications strategy used by many other movements.

13. On January 26, 1972, when the Australian Government refused to recognize the land rights of its aboriginal people, four Aboriginal Australians drove a sun umbrella into the lawn of the old Parliament house. The next day more tents were set up and the Aboriginal

DECLARATION OF TIMOTHY HARRIS

Page 4

LAW OFFICE OF BRADEN PENCE PLLC
1102 EIGHTH AVE., #714
SEATTLE, WA 98101
PHONE: (206) 551-1516

Tent Embassy was created. A month later the Embassy presented a list of demands to Parliament. The Tent Assembly remained in place for six months, and then was again erected in October 1973, October 1974, and has existed continuously since 1992.

14. As can be inferred from its name, Occupy CEHKC also seeks to affiliate, albeit informally, with the spirit of, and continuous political occupation method employed by, the national and international "Occupy" movement launched in September 2011 to demand greater attention to the needs of ordinary people ("the 99%") and an end to welfare and concessions to banks and the wealthy ("the 1%"). Throughout Fall 2011, Occupy used sustained presence in public spaces to demonstrate the resolve of participants to remain actively mobilized until basic issues of economic fairness are addressed. Occupy CEHKC seeks to communicate a similar message using this now well-recognized means of expression.

15. On April 2, 2012, on behalf of Real Change, SHARE, WHEEL, and Nickelsville, I submitted an application for a Parks Use permit allowing the planned Occupy CEHKC political assembly and encampment in Westlake Park from noon on April 24 through noon on April 25, 2012. I also requested that the fee be waived. As directed by Parks Department Event Management Office staffer Jeff Hodges on April 4, 2012, I re-submitted the application on April 4, 2012 using a 2012 application form.

16. On or about April 10, 2012, Jeff Hodges left me a voicemail message and emailed me asking that I call him to discuss the application.

17. On April 10 and 11, 2012, I called Mr. Hodges back and left him contact information so we could discuss the application.

18. Around noon on April 12, 2012, Mr. Hodges and I spoke by phone. He informed me that

DECLARATION OF TIMOTHY HARRIS

Page 5

LAW OFFICE OF BRADEN PENCE PLLC
1102 EIGHTH AVE., #714
SEATTLE, WA 98101
PHONE: (206) 551-1516

our application could be granted except that overnight use (during hours of Westlake Park closure, from 10:00 pm-6:00 am) could not be allowed. He also indicated that the number of tents would be limited: one medical tent and one information tent. We would also be charged a $50 "First Amendment fee" for the requested parks use and an additional $75 for use of electricity.

19. The modifications required by Mr. Hodges were unacceptable changes to our event. So, that same day, April 12, 2012, I submitted an appeal of the denial of our requested use of Westlake Park.

20. On April 13, 2012, I was contacted by Parks Acting Superintendent Christopher Williams, requesting an in-person meeting to discuss the application. I was not aware that I would be required to attend a meeting to have my appeal heard. We arranged to meet and did meet on Monday April 16, 2012 at the Parks Department headquarters. Both the Parks Department and Real Change had counsel present at the meeting.

21. At the April 16 meeting, Chris Williams, Superintendent of Parks and Recreation for the City of Seattle, explained that we would not be allowed to engage in our planned encampment in Westlake Park. The City would consider allowing a handful of symbolic tents (3-4 tents) but no one could remain in or with them overnight, except that one person could remain in the park as "security." Mr. Williams explained that this was because Occupy protesters had been arrested for remaining with tents in Westlake Park last fall and it was necessary for the City to maintain a consistent position on the issue.

22. Mr. Williams also reiterated that we would be charged the $50 "First Amendment fee" for the requested parks use. When we pointed out that that fee was waived for the Downtown Seattle Association (DSA) holiday carousel, which ran for six weeks from

DECLARATION OF TIMOTHY HARRIS

Page 6

LAW OFFICE OF BRADEN PENCE PLLC
1102 EIGHTH AVE., #714
SEATTLE, WA 98101
PHONE: (206) 551-1516

November 2011 through January 2012, Mr. Williams explained that that was because DSA was in partnership with the City of Seattle.

23. I stated that Westlake Park, spending the entire night, and camping in tents are all at the core of the political message of Occupy CEHKC. The demonstration represents the "cleansing" of downtown of homeless and very poor people. Maintaining purely symbolic tents, demonstrating only during the day, or at City Hall, without people engaged in continuous political assembly would fail to communicate the message that over 2,500 people in King County (according to the most recent "one night count") are forced to sleep outside nightly--not symbolically, but actually.

24. Along with the representative of Share/Wheel (other participants in Occupy CEHKC), I pointed out that, if denied permission to remain assembled in Westlake Park overnight, participants would be forced to remain overnight in another public location, e.g., on the sidewalks in front of Nordstrom's.

25. The planned continuous assembly in Westlake has been widely advertised through the Real Change newspaper, on the internet, through email, and by word of mouth.

26. Nicklsville's mission is to create an eco-village with sturdy, bio-friendly structures for up to 1,000 people in Seattle to protect homeless people from being driven out in the mayor's sweeps.

27. WHEEL (Women's Housing, Equality and Enhancement League) is a non-profit and non-hierarchical group of homeless and formerly homeless women working on ending homelessness for women.

28. SHARE is a Washington non-profit organization constituting a living community for homeless and formerly homeless individuals working to support Seattle's homeless

DECLARATION OF TIMOTHY HARRIS

Page 7

LAW OFFICE OF BRADEN PENCE PLLC
1102 EIGHTH AVE., #714
SEATTLE, WA 98101
PHONE: (206) 551-1516

population.

29. Defendants have engaged in a concerted effort over the past fifteen years to "sanitize" the downtown business core around Westlake Park for the comfort of shoppers and tourists by pushing homeless populations to south downtown through a number tactics, including the now infamous "panhandling" ordinance passed by the City Counsel and backed by the Downtown Seattle Association (DSA), the Seattle Convention and Visitors Bureau, The Monorail, Starbucks, The Mariners, and a host of other downtown interests. The proposed panhandling ordinance that was only defeated by the Mayor's veto after significant public backlash.

30. In the recent recession, the City and King County have cut back on funding for emergency services, including closing homeless shelters.

31. We intend to protest major downtown corporations and retailers in the immediate vicinity of Westlake Park. Groups such as the DSA and corporations have participated in, and profited from, the effort to sanitize the business core near Westlake Park.

32. Also, Defendants have granted DSA specific benefits unavailable to Plaintiffs. For example, Defendants annually give DSA a permit for use of Westlake Park for approximately five weeks during the winter holidays for a carousel, which lures shoppers to the area. Defendants waive all fees for DSA's permits, on the justification that DSA and Defendants are engaged in a "partnership." So, while DSA pays nothing for a month long permit, we must pay to obtain a permit, not to mention electricity and other costs.

33. All of this is done at the expense of Seattle's homeless.

34. The April 24-25 event is also an attempt to directly contact, educate, and mobilize Seattle's homeless population for participation in advancing homelessness as a political

DECLARATION OF TIMOTHY HARRIS

Page 8

LAW OFFICE OF BRADEN PENCE PLLC
1102 EIGHTH AVE., #714
SEATTLE, WA 98101
PHONE: (206) 551-1516

issue. Part of the reason for an overnight event is because being parks overnight is the only way to reliably find many homeless individuals. It is no coincidence that the "one night counts" (periodic survey and census of Seattle's homeless) occur at night. And, of course, the event is designed to raise awareness of the human cost of homelessness among all people of Seattle.

35. Westlake Park is a public park with a strong history as Seattle's main traditional public forum and the city's central civic gathering place.

36. A true and accurate copy of the appeal letter as I sent it is attached to this declaration as Exhibit 1.

37. A true and accurate copy of the confirmation of denial of appeal letter that Defendants faxed to me is attached to this declaration as Exhibit 2.

38. Upon receiving this letter, the permit applicants decided to apply for the permit the Defendants were offering, pay the fee. We decided to so expressly "under protest" so as to maintain our legal claim. We decided at that time to file suit.

39. Westlake Park is important to Occupy CEHKC's objective because it is a symbol and epicenter of the campaign to sanitize downtown for shoppers and tourists at the expense of the homeless. The businesses that profit from this campaign are literally lined up around Westlake, and community around it is actually called the "business core." It is also important to the message because homeless people actually live in the park. Westlake is important to our message because it the most important public gathering place in Seattle, and is used for events like mourning national tragedy, celebrating holidays, and protesting war, inequality, and globalization. It is well-known, centrally-located, easily accessible by public-transit.

DECLARATION OF TIMOTHY HARRIS

Page 9

LAW OFFICE OF BRADEN PENCE PLLC
1102 EIGHTH AVE., #714
SEATTLE, WA 98101
PHONE: (206) 551-1516

1

2  I declare under penalty of perjury that the foregoing is true and correct to the best of my

3  knowledge, information and belief.

4

5  Signed this 18th day of April, 2012, at Seattle, Washington.

6

7

8

9

10  _____

11  TIMOTHY HARRIS

12

13

14

15

16

17

18

19

20

21

22

23

24

DECLARATION OF TIMOTHY HARRIS

Page 10

LAW OFFICE OF BRADEN PENCE PLLC
1102 EIGHTH AVE., #714
SEATTLE, WA 98101
PHONE: (206) 551-1516