# EXHIBIT 1



Parks and Recreation
Superintendent Christopher Williams
100 Dexter Ave. N,
Seattle, WA 98109-5199
By e-mail: christopher.williams@seattle.gov

April 12, 2012

Re:                        Parks Permit Application
Applicant:                 Real Change, Share/Wheel, Nickelsville
Name of Event:             Occupy the Committee to End Homelessness in King County
Date of Event:             12 p.m., April 24 to 12 p.m., April 25, 2012
Date of Application:   April 3, 2012

Dear Superintendent Williams,

Pursuant to the appeals process listed in the Parks Permit Application and SMC
18.12.040, please consider this letter a formal appeal in regard to the above specified
permit.

As background, this permit was submitted by Real Change, Share/Wheel, and
Nickelsville for a 24-hour time period from noon April 24 to noon April 25.  The
application also requested the Department waive all fees associated with the permit and
application.  We were instructed that the permit would be denied in its current form.
Participants at the Occupy CEHKC event will be engaged in political speech and
conduct throughout the 24-hour period in Westlake Park and their actions are therefore
protected by the First Amendment to the U.S. Constitution and Article I, section 5 of the
Washington State Constitution.  The denial of this permit does not respect these rights.

In light of the proximity of the event, and the constitutional issues involved we request
the permit be granted as requested without modification and a final decision be
communicated by noon on Monday, April 16, 2012.

Respectfully,

Timothy Harris,
Founding Director, Real Change

