# EXHIBIT 2



**City of Seattle**
Seattle Parks and Recreation

April 16, 2012

Timothy Harris
Founding Director, Real Change
219 First Avenue South, Suite 220
Seattle, WA 98104

Dear Mr. Harris:

This letter is in response to your appeal of Seattle Parks and Recreation's partial rejection of your permit application to hold an event at Westlake Park on April 24/25, 2012.

I have reviewed your application and met with you to discuss your event. After our discussion and reviewing your application I have determined that the original decision to not approve the portion of your application pertaining to camping overnight in the Park is the correct decision. This is in recognition of Westlake Park being closed between 10 pm and 6 am, as well as the Seattle Municipal Code and Parks Rules that do not allow camping in any park except for the cabins at Camp Long. Camping in Westlake Park creates safety and security concerns, interferes with neighboring businesses and residents, and creates impediments to the use of park space by the public.

As I mentioned we would consider a small number (3-4) of unoccupied tents overnight in the park as a symbolic representation of the issue of homelessness. I also mentioned to you the possibility of City Hall Plaza for your event which does not have the same restrictions on camping that Westlake Park does. Please feel free to contact me if you would like to pursue either of these options.

Sincerely,

Christopher M. Williams
Acting Superintendent, Seattle Parks and Recreation

cc: Eric Friedli, Acting Deputy Superintendent, Seattle Parks and Recreation
Jeff Hodges, Acting Special Events Manager, Seattle Parks and Recreation
Gary Smith, Assistant City Attorney, Seattle Law Department

Christopher M. Williams, Acting Superintendent
Seattle Parks and Recreation
100 Dexter Avenue North
Seattle, WA 98109-5199

Tel (206) 684-8022
Fax (206) 233-7023
TTY (206) 233-1509
christopher.williams@seattle.gov