UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| REAL CHANGE, a Washington non-profit corporation; SHARE, a Washington non-profit corporation; WHEEL, an unincorporated association; NICKELSVILLE, an unincorporated association; TIM HARRIS, an individual; JARVIS CAPUCION, an individual; and TRACEY DEGARMO, an individual;<br><br>   Plaintiffs,<br><br>       v.<br><br>THE CITY OF SEATTLE and SEATTLE PARKS AND RECREATION, a Washington Municipal corporation; CHRISTOPHER WILLIAMS, in his individual and official capacity; and, JEFF HODGES, in his individual and official capacity;<br><br>   Defendants. | No. 2:12-cv-681<br><br>DECLARATION OF NATHAN SUGG |

I, Nathan Sugg, under penalty of perjury, declare as follows:

Page 1

LAW OFFICE OF BRADEN PENCE PLLC
1102 EIGHTH AVE., #714
SEATTLE, WA 98101
PHONE: (206) 551-1516

1. I worked closely with Julie Chang Schulman and Hip Hop Occupies when they ("HHO") submitted an application for a permit for an event entitled Rise and Decolonize on October 24, 2011.
2. The event was to be held on November 18, 2011.
3. No response was received from the Parks Department until November 10, 2011, over two weeks after submission of the permit.
4. On that day, November 10, 2011, Defendant Jeff Hodges informed Schulman by telephone that amplified sound would only be allowed from 3 p.m. until 6 p.m. due to "seasonal interpretations."
5. "Seasonal interpretations" was interpreted to mean that stricter sound requirements were being required because it was winter and dark at 6 p.m.
6. Schulman and HHO mobilized the community to contact the Parks Department in an effort to convince the city to allow the event until 10 p.m. as requested.
7. After receiving dozens of phone calls and emails from concerned community members the City reversed course.
8. Defendant Hodges contacted other permit applicants that had sent in letters of support indicating that they had not been subjected to a 6 p.m. winter cutoff.
9. Defendants then required Julie Schulman to attend a meeting with community interests or face denial of the permit.
10. Defendants asserted it was within their discretion to require these meetings of all applicants even if no meetings had ever been required before.
11. Defendants at that time had no published policy describing when these meetings will be required.

DECLARATION OF NATHAN SUGG

Page 2

BRADEN PENCE, ATTORNEY AT LAW
1102 EIGHTH AVE., APT. #714
SEATTLE, WA 98101
PHONE: +1 (206) 551-1516

12. Defendants required Schulman to make oral promises to community members at the meeting before the permit would be granted.

13. Julie Schulman and HHO considered cancelling their event due to the additional requirements placed on them by the City of Seattle.

14. After Schulman complied with all additional barriers erected by the City to receive her permit, organized a community campaign event, initiated an internal appeal highlighting the discretionary and arbitrary nature of the decision and threatening litigation, the Parks Department made a slight concession of allowing amplified sound until 8:30 p.m. but not the 10 p.m. park closure and city sound ordinance commencement time.

15. It is still unclear what government interest prevented granting a permit until 10 p.m. requiring compliance with all other ordinances.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Signed this 18th day of April, 2012 at Seattle, WA.

\_/S/Nathan Sugg_____
Nathan Sugg, Declarant

DECLARATION OF NATHAN SUGG

Page 3

BRADEN PENCE, ATTORNEY AT LAW
1102 EIGHTH AVE., APT. #714
SEATTLE, WA 98101
PHONE: +1 (206) 551-1516