UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| REAL CHANGE, a Washington non-profit corporation; SHARE, a Washington non-profit corporation; WHEEL, an unincorporated association; NICKELSVILLE, an unincorporated association; TIM HARRIS, an individual; JARVIS CAPUCION, an individual; and TRACEY DEGARMO, an individual;<br><br>   Plaintiffs,<br><br>       v.<br><br>THE CITY OF SEATTLE and SEATTLE PARKS AND RECREATION, a Washington Municipal corporation; CHRISTOPHER WILLIAMS, in his individual and official capacity; and, JEFF HODGES, in his individual and official capacity;<br><br>   Defendants. | No. 2:12-cv-681<br><br>DECLARATION OF BRADEN PENCE |

BRADEN PENCE, under penalty of perjury, declares as follows:

   1.   I am over 18 years of age.

   2.   I am the Plaintiffs' attorney in this matter.

LAW OFFICE OF BRADEN PENCE PLLC
1102 EIGHTH AVE., #714
SEATTLE, WA 98101
PHONE: (206) 551-1516

3. On knowledge and belief, Christopher Williams is the acting Superintendent of Seattle Parks and Recreation.

4. On knowledge and belief, Jeff Hodges is the acting manager of parks scheduling and the senior events scheduler for Seattle Parks and Rec.

5. On knowledge and belief, Seattle Parks and Recreation is an agency of the City of Seattle responsible for public parks within the city.

6. On knowledge and belief, Seattle Parks and Recreation, and its employees, are governed by the Seattle Municipal Code (SMC), specifically Chapter 18.12.

7. Attached to this declaration as Exhibit 1 is a true and accurate copy of SMC 18.12.040, as captured from the City of Seattle's website on 4/18/12.

8. Attached to this declaration as Exhibit 2 is a true and accurate copy of SMC 18.12.044, as captured from the City of Seattle's website on 4/18/12.

9. SMC 18.12 in its entirely is available at the following internet address:

http://clerk.ci.seattle.wa.us/~public/toc/t18.htm

10. On knowledge and belief based upon statements made to me by Jeff Hodges and on a copy of a permit posted on the City's website, Defendants have waived permitting fees in the past. For example, Defendants did waived all permitting and electrical fees associated with the 2011-12 DSA permit for the carousel.

11. Jeff Hodges made this statement to me during the April 16 appeal meeting at Seattle Parks and Recreation headquarter. I asked him why the City would waive fees for DSA but not for other applicants. He said that DSA was in a "partnership" with the Parks department.

12. Attached to this declaration as Exhibit 3 are true and accurate copies of six (6)

DECLARATION OF BRADEN PENCE

Page 2

BRADEN PENCE, ATTORNEY AT LAW
1102 EIGHTH AVE., APT. #714
SEATTLE, WA 98101
PHONE: +1 (206) 551-1516

photographs I took on the evening of Monday, April 16, 2012 in Westlake Park between 10:30 and 10:33 p.m. The photographs include a date/time stamp that accurately reflects the date and time at which I took the photos.

13. The photos show approximately one dozen individual using the park in a variety of ways.

14. These individuals photographed did not appear to be passing through the park, but rather using the park: standing, sitting, sleeping, talking, and otherwise remaining within in the park.

15. I did not consider other individuals who appeared to be passing through the park to be using it. I also did not consider individuals on the sidewalk around the park to be using it.

16. On knowledge and belief, 10:30 p.m. is approximately 30 minutes after Westlake's official closing time.

17. I did not observe any threats to human health or safety, nor any obstruction of business activities, residential uses, or other interferences caused by individuals in the park.

18. I did not observe any officials attempting to clear the park or otherwise enforce the 10:00 p.m. curfew.

19. I attended the April 16 meeting at Seattle Parks and Recreation headquarters to represent my clients, the Plaintiffs. The meeting was called by Defendants as part of the appeal of their denial of the permit.

20. At the beginning of the meeting, unprompted and with a full opportunity to express himself, Superintendent Williams only indicated that he would not permit Plaintiffs' event to go over night or include more than three or four "symbolic" tents because of

DECLARATION OF BRADEN PENCE

Page 3

BRADEN PENCE, ATTORNEY AT LAW
1102 EIGHTH AVE., APT. #714
SEATTLE, WA 98101
PHONE: +1 (206) 551-1516

concerns for "consistency" and in order to maintain the unrelated prosecutions of Occupy Seattle protesters who were challenging arrests for setting up tents at Westlake.

21. Superintendent did not at that point, or at any point throughout or before that meeting ever indicate that the denial of the permit was a result of any other concern.

22. Later in the meeting, Mr. Gary Smith, legal counsel for the City, indicated that the denial was also motivated by concerns for "health and safety." He did not elaborate.

23. At that point, Plaintiff Jarvis Capucion, also in attendance, noted that if the permit was not granted the demonstrators would probably end up camping on the sidewalks outside the Norstrom retail store, which is less-safe than camping in Westlake.

24. On knowledge and belief, the businesses around Westlake close for the night at or before 10:00 p.m. and do not reopen until at or after 6:00 a.m.

25. On knowledge and belief, the annual DSA permit allows the use of Westlake that impedes other uses of the park by the public in significant ways, including the placement of several large tents, a large mechanical carousel, a picket fence, a solid structure shed, and other accoutrement. These structures are in place for a period of approximately five weeks.

26. A true and accurate copy of Westlake Park Management Review Task Force is attached to this declaration as Exhibit 4.

27. On knowledge and belief, Defendants issued permits for both Target Corporation and DSA for events at Westlake, which apparently allowed the placement of large banners that included corporate logos and messages.

28. During Occupy Seattle events at Westlake, I observed Parks and Recreation employees tearing down and discarding signs containing expressly political messages and artwork.

DECLARATION OF BRADEN PENCE

Page 4

BRADEN PENCE, ATTORNEY AT LAW
1102 EIGHTH AVE., APT. #714
SEATTLE, WA 98101
PHONE: +1 (206) 551-1516

29. A true and accurate copy of Rose Landberg's certification regarding the accuracy of her transcripts of defense attorney David Trieleier's interview of Brock Milliern and Defendant Jeff Hodges is attached to this declaration as Exhibit 5. The interviews occurred in the course of the criminal prosecution of an Occupy Seattle protester charged in relation to the use of a tent in Westlake in October, 2011.

30. A true and accurate copy of Rose Landberg's transcript of the Brock Milliern interview is attached to this declaration as Exhibit 6.

31. A true and accurate copy of Rose Landberg's transcript of the Jeff Hodges interview is attached to this declaration as Exhibit 7.

32. On knowledge and belief, attorney Trieleier also conducted a recorded interviewed Defendant Christopher Wililams, but at time of filing no transcript was available.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Signed this 19th day of April, 2012, at Seattle, Washington.

 /S/Braden Pence       
Braden Pence #43495
Attorney for Plaintiffs

DECLARATION OF BRADEN PENCE

Page 5

BRADEN PENCE, ATTORNEY AT LAW
1102 EIGHTH AVE., APT. #714
SEATTLE, WA 98101
PHONE: +1 (206) 551-1516