Honorable Richard Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| REAL CHANGE, a Washington non-profit corporation, SHARE, a Washington non-profit corporation; WHEEL, an unincorporated association; NICKELSVILLE, an unincorporated association; TIM HARRIS, an individual; JARVIS CAPUCION; an individual; and TRACEY DEGARMO, an individual<br><br>Plaintiffs,<br><br>vs.<br><br>THE CITY OF SEATTLE and SEATTLE PARKS AND RECREATION, a Washington Municipal corporation; CHRISTOPHER WILLIAMS, in his individual and official capacity; JEFF HODGES, in his individual and official capacity;<br><br>Defendants. | No.   2:12-cv-681<br><br>NOTICE OF APPEARANCE<br><br>April 23, 2012 @1:30 p.m. |

TO:   Clerk of the above-entitled court; and

TO:   Plaintiffs above-named, and their counsel, Braden Pence:

PLEASE NOTE that Defendants, The City of Seattle and Seattle Parks and Recreation, by and through their undersigned attorneys, Gary T. Smith and Carlton W.M. Seu, and without waiving

NOTICE OF APPEARANCE (2:12-cv-681) - 1

**PETER S. HOLMES**
Seattle City Attorney
600 Fourth Avenue, 4th Floor
P.O. Box 94769
Seattle, WA 98124-4769
(206) 684-8200

1  any objections as to improper service, process, jurisdiction, venue, or any other CR 12

2  insufficiencies, enter their appearance in this action and request that all future papers and pleadings

3  in this matter, except original process, be served on this attorney at the address stated below.

4  Please make note that the Seattle City Attorney's Office **mailing address** is:

5  PO Box 94769
   Seattle, WA  98124-4769

6  and that the **street/hand-delivery/messenger address** is:

7  600 Fourth Ave., 4th Floor
   Seattle, WA  98104

8

9  The post office advises that any **mail** being delivered via the United States Postal Service

10 having an address other than the above-referenced PO Box will be returned to the sender.

11 DATED this 19th day of April, 2012.

12                                    PETER S. HOLMES
                                      Seattle City Attorney

13

14
                              By:     /s/Gary T. Smith
15                                    WSBA #29718
                                      Carlton W.M. Seu, WSBA#26830
16                                    Assistant City Attorney
                                      Seattle City Attorney's Office
17                                    600 – 4th Avenue, 4th Floor
                                      P.O. Box 94769
18                                    Seattle, WA  98124-4769
                                      Phone: (206)733-9318 – Gary
19                                    Phone: (206)733-9390 - Carlton
                                      Fax: (206)684-8284
20                                    E-mail: gary.smith@seattle.gov
                                      E-mail: carlton.seu@seattle.gov

21

22                                    Attorneys for Defendants

23

NOTICE OF APPEARANCE (2:12-cv-681) - 2

PETER S. HOLMES
Seattle City Attorney
600 Fourth Avenue, 4th Floor
P.O. Box 94769
Seattle, WA 98124-4769
(206) 684-8200

## CERTIFICATE OF SERVICE

I hereby certify that on April 19, 2012, I electronically filed this Notice of Appearance with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the below-listed:

Braden Pence, braden@pencefirm.com

DATED this 19th day of April, 2012, at Seattle, Washington.

By: /s/Gary T. Smith
Gary T. Smith, WSBA#29718
gary.smith@seattle.gov

NOTICE OF APPEARANCE (2:12-cv-681) - 3

**PETER S. HOLMES**
Seattle City Attorney
600 Fourth Avenue, 4th Floor
P.O. Box 94769
Seattle, WA 98124-4769
(206) 684-8200