HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

REAL CHANGE, et al.,

        Plaintiffs,

v.

CITY OF SEATTLE, et al.,

        Defendants.

CASE NO. C12-681RAJ

MINUTE ORDER

The following minute order is made by the direction of the court, the Honorable Richard A. Jones:

The court will hear oral argument on Plaintiffs' motion for injunctive relief (Dkt. # 3) at 1:30 p.m. on Monday, April 23. Defendants may submit a written opposition to Plaintiffs' motion, but they are not required to do so, and they will face no adverse consequences if they choose not to respond in writing. If Defendants submit a written opposition, they must do so no later than 5:00 p.m. today.

Dated this 17th day of April, 2012.

WILLIAM M. MCCOOL
Clerk

s/Consuelo Ledesma
Deputy Clerk

MINUTE ORDER- 1