Honorable Richard Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| REAL CHANGE, a Washington non-profit corporation, SHARE, a Washington non-profit corporation; WHEEL, an unincorporated association; NICKELSVILLE, an unincorporated association; TIM HARRIS, an individual; JARVIS CAPUCION; an individual; and TRACEY DEGARMO, an individual<br><br>Plaintiffs,<br><br>vs.<br><br>THE CITY OF SEATTLE and SEATTLE PARKS AND RECREATION, a Washington Municipal corporation; CHRISTOPHER WILLIAMS, in his individual and official capacity; JEFF HODGES, in his individual and official capacity;<br><br>Defendants. | No.  2:12-cv-681<br><br>DECLARATION OF NATHANIEL MERRILL<br><br>April 23, 2012 @1:30 p.m. |

I, Nathaniel Merrill, declare under the penalty of perjury under the laws of the State of Washington as follows:

1. Among other duties, I maintain constituent correspondence records for the office of

---

DECLARATION OF NATHANIEL MERRILL
(2:12-cv-681) - 1

PETER S. HOLMES
Seattle City Attorney
600 Fourth Avenue, 4th Floor
P.O. Box 94769
Seattle, WA 98124-4769
(206) 684-8200

1    Seattle Mayor Mike McGinn. I am over the age of 18 years, am competent to testify as
2    to the matters herein, and make this declaration based on personal knowledge and belief.
3    2. Attached as **Exhibit 1** are true and correct copies of 11 complaints sent to Mayor
4    McGinn's office regarding the Occupy Seattle protests.

6 Signed at Seattle, King County, Washington this 20th day of April, 2012.

*/s/ Nathaniel Merrill*
Nathaniel Merrill

DECLARATION OF NATHANIEL MERRILL
(2:12-cv-681) - 2

PETER S. HOLMES
Seattle City Attorney
600 Fourth Avenue, 4th Floor
P.O. Box 94769
Seattle, WA 98124-4769
(206) 684-8200