Honorable Richard Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| REAL CHANGE, a Washington non-profit corporation, SHARE, a Washington non-profit corporation; WHEEL, an unincorporated association; NICKELSVILLE, an unincorporated association; TIM HARRIS, an individual; JARVIS CAPUCION; an individual; and TRACEY DEGARMO, an individual<br><br>Plaintiffs,<br><br>vs.<br><br>THE CITY OF SEATTLE and SEATTLE PARKS AND RECREATION, a Washington Municipal corporation; CHRISTOPHER WILLIAMS, in his individual and official capacity; JEFF HODGES, in his individual and official capacity;<br><br>Defendants. | No.   2:12-cv-681<br><br>DECLARATION OF ROBERT SCALES<br><br>April 23, 2012 @1:30 p.m. |

I, Robert Scales, declare under the penalty of perjury under the laws of the State of Washington as follows:

1. I am the Director of the Government Affairs division of the Seattle City Attorney's

DECLARATION OF ROBERT SCALES
(2:12-cv-681) - 1

PETER S. HOLMES
Seattle City Attorney
600 Fourth Avenue, 4th Floor
P.O. Box 94769
Seattle, WA 98124-4769
(206) 684-8200

1  Office. I am over the age of 18 years, am competent to testify as to the matters herein,
2  and make this declaration based on personal knowledge and belief.

3  2. On October 21, 2011, Assistant City Attorney for the City of Seattle Jennifer Johnson
4  Grant emailed me a chart of all the "Occupy Seattle" protest incidents and arrests from
5  October 5-20, 2011. Attached as **Exhibit A** is a true and correct copy of this
6  incident/arrest chart.

7  3. On November 18, 2011, Assistant Attorney General Derek Edwards emailed me the
8  November 11, 2011 "Occupy Seattle" encampment investigation report drafted by
9  Christopher Skilton, Health and Environmental Investigator of Public Health, Seattle &
10 King County. Attached as **Exhibit B** is a true and correct copy of Mr. Skilton's
11 November 11, 2011 letter.

12 4. Attached as **Exhibit C** is a true and correct copy of Honorable Marsha J. Pechman's
13 November 30, 2001 Order Granting Plaintiffs' Motion for a Preliminary Injunction in
14 case number C01- 1928P, Vanessa Lee, et al. v. Paul Schell, Mayor of the City of
15 Seattle, et. al.

16 Signed at Seattle, King County, Washington this 20th day of April, 2012.

_____
Robert Scales

DECLARATION OF ROBERT SCALES
(2:12-cv-681) - 2

PETER S. HOLMES
Seattle City Attorney
600 Fourth Avenue, 4th Floor
P.O. Box 94769
Seattle, WA 98124-4769
(206) 684-8200