# EXHIBIT A

## "Occupy Seattle" Protest Cases - October 2011

| Incident Date | SPD Incident # | Last Name | First Name | SMC Case # | Charges | ICA Date | Status | Upcoming Court Event |
|---|---|---|---|---|---|---|---|---|
| 10/5/2011 | 11327134 | FORTE | CHRISTOPHER | 572875 | OBSTRUCTING PUBLIC SERVANT | 10/6/2011 | Filed | PTH 11/14/2011 @13:30pm 903 |
| 10/5/2011 | 11327134 | ADAMS | RYAN | 572876 | OBSTRUCTING PUBLIC SERVANT | 10/6/2011 | Filed | PTH 11/14/2011 @13:30pm 903 |
| 10/5/2011 | 11327134 | VARGAS | TOMACHE | 572877 | OBSTRUCTING PUBLIC SERVANT | 10/6/2011 | Filed | PTH 11/14/2011 @13:30pm 903 |
| 10/5/2011 | 11327134 | MAST | EDWARD | 572879 | OBSTRUCTING PUBLIC SERVANT | 10/21/2011 (Intake) | Filed | Intake 10/21/2011 @14:00 302 |
| 10/5/2011 | 11327134 | COALE | CAMERON | 572880 | OBSTRUCTING PUBLIC SERVANT | 10/6/2011 | Filed | PTH 11/14/2011 @13:30pm 903 |
| 10/5/2011 | 11327134 | AXTELL | ANTHONY | 572881 | OBSTRUCTING PUBLIC SERVANT | 10/6/2011 | Filed | PTH 11/14/2011 @13:30pm 903 |
| 10/5/2011 | 11327134 | RODERICK | MICHAEL | 572882 | OBSTRUCTING PUBLIC SERVANT | 10/6/2011 | Filed | PTH 11/14/2011 @13:30pm 903 |
| 10/5/2011 | 11327134 | CURRY | JOHNATHA | 572884 | OBSTRUCTING PUBLIC SERVANT | 10/6/2011 | Filed | PTH 11/14/2011 @13:30pm 903 |
| 10/5/2011 | 11327134 | Garrett | James | 572889 | OBSTRUCTING PUBLIC SERVANT | 10/6/2011 | Filed | PTH 11/14/2011 @13:30pm 903 |
| 10/5/2011 | 11327134 | Conde | MICHAEL | N/A | N/A | N/A | N/A | N/A |
| 10/5/2011 | 11327134 | LIDDELL | ISAIH B | N/A | N/A | N/A | N/A | N/A |
| 10/5/2011 | 11327134 | DONAHUE | PETER C | N/A | N/A | N/A | N/A | N/A |
| 10/5/2011 | 11327134 | THOMPSEN | JOSHUA M | N/A | N/A | N/A | N/A | N/A |
| 10/5/2011 | 11327134 | MYERS | DANIEL A. | N/A | N/A | N/A | N/A | N/A |
| 10/5/2011 | 11327134 | COLYER * | AARON E | N/A | N/A | N/A | N/A | N/A |
| 10/5/2011 | 11327134 | THORNTON | COLTON R | N/A | N/A | N/A | N/A | N/A |
| 10/5/2011 | 11327134 | ARCENEAUX | NAPINE M | N/A | N/A | N/A | N/A | N/A |
| 10/5/2011 | 11327134 | PATTIN | ZACHARY I | N/A | N/A | N/A | N/A | N/A |
| 10/5/2011 | 11327134 | WHIPPLE | PETE F | N/A | N/A | N/A | N/A | N/A |
| 10/5/2011 | 11327134 | JENNINGS | RACHEL S. | N/A | N/A | N/A | N/A | N/A |
| 10/5/2011 | 11327134 | HOFMANN | ERIN M. | N/A | N/A | N/A | N/A | N/A |

Updated 4/20/2012

## "Occupy Seattle" Protest Cases - October 2011

| Incident Date | SPD Incident # | Last Name | First Name | SMC Case # | Charges | ICA Date | Status | Upcoming Court Event |
|---|---|---|---|---|---|---|---|---|
| 10/5/2011 | 11327134 | DORN | DANIEL A. | N/A | N/A | N/A | N/A | N/A |
| 10/5/2011 | 11327134 | CLEMENTS-AMARILLAS | PATRICK W | N/A | N/A | N/A | N/A | N/A |
| 10/8/2011 | 11330783 | Thompson | Juston | 572920 | Assault, Reckless Endangerment, Obstructing Public Officer | BOCA 10/12/2011 KCJ2 | Filed | PTH 11/14/2011 @10:00 902 (Squirt gunner) |
| 10/8/2011 | 11330943 | Monroe | Audrey | 572922 | Pedestrian Interference | NCF | Hold for extended review | Need witness contact |
| 10/8/2011 | 11330943 | Tucker | Gilbert | 572925 | Pedestrian Interference | NCF | Hold for extended review | Need witness contact |
| 10/11/2011 | 11335223 | WILLIAMS | DAKOTA | | OBSTRUCTING A PUBLIC OFFICER | Pending | SeaJIS Pending Report Log | |
| 10/11/2011 | 11335223 | Arnell | Theodore | 572996 | OBSTRUCTING A PUBLIC OFFICER | Pending | SeaJIS Pending Report Log | |
| 10/12/2011 | 11335024 | Neel | Phillip | 572986 | CRIMINAL TRESPASS - 1ST DEGREE (BUILDING) | Pending | SeaJIS Pending Report Log | |

# "Occupy Seattle" Protest Cases - October 2011

| Incident Date | SPD Incident # | Last Name | First Name | SMC Case # | Charges | ICA Date | Status | Upcoming Court Event |
|---|---|---|---|---|---|---|---|---|
| 10/12/2011 | 11335024 | Ivins | Carson | 572987 | CRIMINAL TRESPASS - 1ST DEGREE (BUILDING) | Pending | SeaJIS Pending Report Log | |
| 10/13/2011 | 11335391 | Summerhays | Marsha | 573015 | OBSTRUCTING A PUBLIC OFFICER | Pending | | |
| 10/13/2011 | 11335391 | Pfaender | Brock | 573018 | OBSTRUCTING A PUBLIC OFFICER Resisting Arrest | Pending | | |
| 10/13/2011 | 11335391 | Thibo | Campbell | 573021 | OBSTRUCTING A PUBLIC OFFICER | BOCA 10/18/2011 | PTD | PTD 1/13/2012 @9:00 903 |
| 10/13/2011 | 11335391 | Lopin | Alexander | 573017 | OBSTRUCTING A PUBLIC OFFICER Resisting Arrest | BOCA 10/19/2011 | PTD | PTH 11/28/2011 @13:30 1103 |
| 10/13/2011 | 11335391 | Wyatt | Shanti | 573013 | OBSTRUCTING A PUBLIC OFFICER | BOCA 10/18/2011 | | PTH 11/28/2011 @13:30 1103 |
| 10/13/2011 | 11335391 | Beck | Reisha | 573016 | OBSTRUCTING A PUBLIC OFFICER Resisting Arrest | BOCA 10/18/2011 | | PTH 11/28/2011 @13:30 1103 |
| 10/13/2011 | 11335391 | Earl | Cameron | 573014 | OBSTRUCTING A PUBLIC OFFICER Resisting Arrest | BOCA 10/19/2011 | | Def reqest BOCA set-over one day |
| 10/13/2011 | 11335391 | Gutierrez | John | 573020 | OBSTRUCTING A PUBLIC OFFICER Resisting Arrest | BOCA 10/18/2011 | | PTH 11/28/2011 @13:30 1103 |
| 10/13/2011 | 11335391 | Woodard | Bryan | 573012 | OBSTRUCTING A PUBLIC OFFICER Resisting Arrest | BOCA 10/18/2011 | | PTD 1/13/2012 @9:00 903 |

Updated 4/20/2012

## "Occupy Seattle" Protest Cases - October 2011

| Incident Date | SPD Incident # | Last Name | First Name | SMC Case # | Charges | ICA Date | Status | Upcoming Court Event |
|---|---|---|---|---|---|---|---|---|
| 10/13/2011 | 11335391 | Lewis | Ben | 573019 | OBSTRUCTING A PUBLIC OFFICER | BOCA 10/18/2011 | NCF | |
| 10/17/2011 | 11335391 | NYLAND | MARY | 573467 | OBSTRUCTING A PUBLIC OFFICER RESISTING ARREST | Pending | | |
| 10/17/2011 | 11335391 | VAUGHN | JOSEPH | 573468 | OBSTRUCTING A PUBLIC OFFICER RESISTING ARREST | Pending | | |
| 10/17/2011 | 11335391 | SMITH-STEWART | TIMOTHY | 573470 | OBSTRUCTING A PUBLIC OFFICER RESISTING ARREST | Pending | | |
| 10/17/2011 | 11335391 | WILLIAMS-EYNON | HUDSON | 573472 | OBSTRUCTING A PUBLIC OFFICER RESISTING ARREST Assault | Pending | | (Threw coffee on officer) |
| 10/17/2011 | 11335391 | PEARDON | DEBRA | 573469 | OBSTRUCTING A PUBLIC OFFICER RESISTING ARREST | MH ICA 10/18/2011 | | |
| 10/19/2011 | 11342107 | ANDERSON | BRYCE | | ASSAULT | Pending | | (threw cigarette at park ranger) |
| 10/20/2011 | 11335391 | MILIAN | TABITHA | | OBSTRUCTING A PUBLIC OFFICER RESISTING ARREST | Pending | | |

Updated 4/20/2012