# EXHIBIT B

**Environmental Health Services Division**
401 Fifth Avenue, Suite 1100
Seattle, WA 98104-1818
**206-205-4394**  Fax 206-296-0189
TTY Relay: 711
www.kingcounty.gov/health



November 11, 2011

Jeff Keever
Interim Director, Facilities
Seattle Central Community College
1701 Broadway, mailstop: 2BE1142
Seattle, WA 98122

Re: Report for complaint investigation regarding "Occupy Seattle" encampment

Dear Mr. Keever,

On November 7, 2011, the Environmental Health Division at Public Health Seattle & King County received an online complaint request to investigate the possibility of health risks from exposure to rodents and used hypodermic needles at the "Occupy Seattle" encampment located on the Seattle Central Community College (SCCC) grounds. Additionally, the evening of November 8, 2011 we received a telephone request to conduct a general investigation of health-related risks at the encampment.

Public Health is interested in protecting the health of the residents of the encampment and the broader community. To that end, we seek to work with you, the property owner, and others involved to find an environment that will support the protection of the public's health.

In response to the requests, two investigators were dispatched on November 9, and two more on November 10, to conduct assessments, provide education for the encampment coordinators and property owners, and take any necessary actions for situations that posed an imminent public health threat.

This evaluation is provided at the request of Seattle Central Community College to identify and facilitate remediation of public health and safety risks to the residents of the "Occupy Seattle" encampment and to the public at large.

<u>Situation Description</u>
Approximately one hundred fifty people and a dozen large dogs are camping on the grounds of Seattle Central Community College, a Washington State public educational institution. The observations were made at the Northwest corner of the intersection of Broadway and Pine Streets in the portion of the property immediately south of the main campus buildings. The encampment is comprised of approximately sixty tents and other temporary structures on approximately two thousand square feet of lawn.

Multiple issues were observed that pose a variety of health and safety risks. The investigators provided educational consultation to some coordinators of the encampment and then met with SCCC facilities staff to explain the situation. The following is a list of concerns:

We gave the following directions to the encampment coordinators and SCCC facilities staff regarding the food and solid waste issues :
1. Violations of Board of Health food handling guidelines should stop and proper permitting and monitoring of safe practices should be undertaken to reduce food-borne illness risk.
2. Sanitation facilities should be unlocked and accessible for the public and properly maintained.
3. Garbage should be regularly collected and contained to avoid rodent and other animal access.
4. Dogs should be leashed and monitored; their feces should be properly collected and disposed of, and food bowls should not be left unattended for rodents and other vectors.

In addition, our investigators informed the SCCC facilities staff that the encampment posed several health hazards, and that the college risked possible fines if the Health Department deemed the site a "Public Health Nuisance" and those hazards were not properly addressed. Our protocol incorporates reasonable time allowances for property owners to take action and show intent and good will before enforcement proceedings begin.

During our November 10 investigation, some of the issues raised on November 9 had been addressed:
- Some of the temporary sanitation facilities were open and accessible
- Garbage was being collected and properly bagged, although bags were still being held in areas accessible to rodents and other vectors
- We did not observe any used hypodermic syringes on the ground or in the open on either day

We will follow-up with the SCCC facilities staff to provide information and consultation to address the issues named above.

Christopher Skilton,
Health and Environmental Investigator
Environmental Health Services Division
Public Health, Seattle & King County

Cc:   Dr. Ngozi Oleru Director, Environmental Health Division (EH)
      Mark Rowe, Food and Facilities Section Manager, EH
      Larry Fay, Solid Waste, Hazardous Waste Section Manager, EH
      Chrissy Russillo, Public Health Seattle & King County
      Jerry DeGrieck, City of Seattle
      Paul Killpatrick President, SCCC mailstop: 2BE4180
      Tony Bui, BS, REHS
      Leah Helms, BS, REHS