UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| REAL CHANGE, a Washington non-profit corporation; SHARE, a Washington non-profit corporation; WHEEL, an unincorporated association; NICKELSVILLE, an unincorporated association; TIM HARRIS, an individual; JARVIS CAPUCION, an individual; and TRACEY DEGARMO, an individual;<br><br>    Plaintiffs,<br><br>         v.<br><br>THE CITY OF SEATTLE and SEATTLE PARKS AND RECREATION, a Washington Municipal corporation; CHRISTOPHER WILLIAMS, in his individual and official capacity; and, JEFF HODGES, in his individual and official capacity;<br><br>    Defendants. | No. 2:12-cv-681<br><br>SECOND DECLARATION OF BRADEN PENCE |

BRADEN PENCE, under penalty of perjury, declares as follows:

  1. I am over 18 years of age.

  2. I am the Plaintiffs' attorney in this matter.

Page 1

3. Attached to this declaration as Exhibit 1 is a true and accurate copy of a flyer for the Occupy CEHCK event organized by Plaintiffs. I received this document in an email that appeared to have been sent to a large listserve. I have also observed this flyer posted on Facebook, Real Change's website, and phsycially posted at Real Change's office.

4. Attached to this declaration as Exhibit 2 is a true and accurate copy of the permit Defendants issued to the Downtown Services Association for the 2011-12 carousel event at Westlake. Defendants posted this permit to its website at the following URL: http://www.seattle.gov/living/occupyseattle.htm.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Signed this 23th day of April, 2012, at Seattle, Washington.

  /S/Braden Pence_____
Braden Pence #43495
Attorney for Plaintiffs

SECOND DECLARATION OF BRADEN PENCE

Page 2

BRADEN PENCE, ATTORNEY AT LAW
1102 EIGHTH AVE., APT. #714
SEATTLE, WA 98101
PHONE: +1 (206) 551-1516