UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

REAL CHANGE, a Washington non-profit corporation; SHARE, a Washington non-profit corporation; WHEEL, an unincorporated association; NICKELSVILLE, an unincorporated association; TIM HARRIS, an individual; JARVIS CAPUCION, an individual; and TRACEY DEGARMO, an individual;

Plaintiffs,

v.

THE CITY OF SEATTLE and SEATTLE PARKS AND RECREATION, a Washington Municipal corporation; CHRISTOPHER WILLIAMS, in his individual and official capacity; and, JEFF HODGES, in his individual and official capacity;

Defendants.

No. 2:12-cv-681

DECLARATION OF PHIL MOCEK

PHIL MOCEK, under penalty of perjury, declares as follows:

1. I am over 18 years of age.

2. I transcribed a digital recording of an interview attorney David Trieweiler conducted



LAW OFFICE OF BRADEN PENCE PLLC
1102 EIGHTH AVE., #714
SEATTLE, WA 98101
PHONE: (206) 551-1516

on March 20, 2012, of Defendant Christopher Williams.

3. The transcript is complete and accurate to the best of my abilities.

4. The transcript is attached as Exhibit 1 to this declaration.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Signed this 23th day of April, 2012, at Seattle, Washington.

_/S/Phil Mocek_______
PHIL MOCEK



BRADEN PENCE, ATTORNEY AT LAW
1102 EIGHTH AVE., APT. #714
SEATTLE, WA 98101
PHONE: +1 (206) 551-1516