HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

REAL CHANGE, et al.,

    Plaintiffs,

  v.

CITY OF SEATTLE, et al.,

    Defendants.

CASE NO. C12-681RAJ

TEMPORARY RESTRAINING ORDER

This matter came before the court on Plaintiffs' motion for a temporary restraining order. Dkt. # 3. The court heard from the parties today at oral argument. For the reasons the court stated on the record at the end of oral argument, the court GRANTS the motion solely as stated in this order, and imposes the following temporary restraining order.

Defendants are enjoined from enforcing the camping restrictions found in Seattle Municipal Code ("SMC") 18.12.255 against Plaintiffs during the duration of their planned protest in Seattle's Westlake Park from April 24 to April 25, 2012. The court holds that the permit that Defendants issued to Plaintiffs on April 19 or 20 is invalid *solely* to the extent that it prohibits camping. The permit remains valid in all other respects, including its limit on the number of tents and other structures.

Dated this 23rd day of April, 2012.

*(signature)*

The Honorable Richard A. Jones
United States District Court Judge

ORDER – 1